**DISMISS and Opinion Filed April 8, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00981-CV

## IN THE INTEREST OF D.B.S., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-52326-2020**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and appellant's brief to be filed by February 24, 2021. By postcard dated March 4, 2021, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

200981F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF D.B.S., A CHILD

No. 05-20-00981-CV

On Appeal from the 469th Judicial District Court, Collin County, Texas
Trial Court Cause No. 469-52326-2020.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered April 8, 2021